# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLDMAN, SACHS & CO., SCOTT T. SHEFFER, and ERIC W. GETTLEMAN | : : : NO. 13-MC-130 |
| Applicants | : |
| vs. | : |
| ATHENA VENTURE PARTNERS, L.P. | : |
| Respondent | : |

## ORDER

AND NOW, this 1st day of August, 2013, upon consideration of the Application of Goldman, Sachs & Co., Scott T. Sheffer and Eric W. Gettleman to Confirm Arbitration Award (Doc. No. 1) and the Motion of Athena Venture Partners, L.P. to Vacate and Remand Arbitration Award (Doc. No. 4), it is hereby ORDERED that the Motion to Vacate and Remand is GRANTED, the Application to Confirm Award is DENIED, the FINRA Dispute Resolution Award entered on March 13, 2013 is VACATED and this matter is REMANDED to FINRA for appointment of a new arbitration panel, re-hearing of the evidence de novo and decision.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.