IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GOLDMAN, SACHS & CO.,
SCOTT T. SHEFFER,
And ERIC W. GETTLEMAN,

     Applicants,

v.

ATHENA VENTURE PARTNERS, L.P.

     Respondent.

Civ. No. 13-MC-130

FILED
OCT 3 0 2015
MICHAEL E. KUNZ, C...
By _____ Dep. C...

**ORDER**

AND NOW, this 30th day of October, 2015, following remand from the Court of Appeals, and upon consideration of the Application of Goldman, Sachs & Co., Scott T. Sheffer, and Eric W. Gettleman for an Order Confirming An Arbitration Award Including Expungement Relief, it is hereby **ORDERED** that the Application is **GRANTED** and the arbitration award in *Athena Venture Partners, L.P. v. Goldman, Sachs & Co., Scott T. Sheffer, and Eric W. Gettleman*, FINRA Dispute Resolution Arbitration Case No. 09-04771 (the "Arbitration") is **CONFIRMED** in all respects; and it is further **ORDERED** that all references to the Arbitration and the claims asserted therein shall be expunged from the regulatory records of Applicants Scott T. Sheffer and Eric W. Gettleman.

                 _____
                  The Honorable J. Curtis Joyner